IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.
                                       Civil Action 2:10-CV-336
                                       Judge Graham
                                       Magistrate Judge King

TOBIAS H. ELSASS, *et al.*,

        Defendants.

## ORDER

On May 9, 2012, the Court ordered defendants to provide a supplemental, more detailed response to Interrogatory No. 5 no later than May 18, 2012. *Opinion and Order*, Doc. No. 122. On the day that the supplemental response was due, defendants filed a motion for an extension of time until May 25, 2012 in which to provide their response. Doc. No. 125. Plaintiff has now opposed defendants' motion for an extension, representing that defendants failed to supplement their response by May 25, 2012. Doc. No. 126.

If defendants intend to further reply in support of their motion, Doc. No. 125, they must do so no later than June 7, 2012.

May 31, 2012                               *s/Norah McCann King*
                                             Norah McCann King
                                 United States Magistrate Judge